# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE W. CARTER II,<br><br>              Petitioner,<br><br>      v.<br><br>TIMOTHY E. BUSBY, Warden,<br><br>              Respondent. | Case No. SA CV 10-0028 ODW (JCG)<br><br>**JUDGMENT** |

    IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE**.

DATED: May 12, 2011.

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE